# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Amerifa Construction Company ) ASBCA Nos. 56841, 56842, 56843
) 57049, 57650, 57651
)
Under Contract Nos. W917PM-06-C-0055 )
W917PM-07-D-0011 )

APPEARANCES FOR THE APPELLANT: Stephen M. Seeger, Esq.
Michael C. Zisa, Esq.
  Peckar & Abramson, P.C.
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
James D. Stephens, Esq.
Nancy L. Pell, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 20 April 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 56841, 56842, 56843, 57049, 57650, 57651, Appeals of Amerifa Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2